UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GONZALEZ GONZALEZ, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:24-cv-2296 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 30th day of July, 2025, upon consideration of Plaintiff's Attorney's Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b), *see* ECF No. 23, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Attorney's Fees, *see* ECF No. 23, is **GRANTED**.

2. Counsel for Plaintiff is awarded $22,718.05 in attorney's fees pursuant to 42 U.S.C. §406(b).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge